James P Queen Jr
Pmb. 189. 1022 Nevada Hwy
Boulder City, Nev.89005
702-589 1351
PLAINTIFF IN PROPER PERSON



2011 MAY 26  P 1: 19

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

James P Queen Jr.

        Plaintiff(s),

-vs-

Hard Rock Hotel And Casino

        Defendant(s).

CASE NO.2:11-cv-00279-RLH-GWF

# MOTION

# MOTION FOR EXTENSION OF TIME

# ON AMENDING PLEADINGS, AND ADDING PARTIES

DUE DATE FOR AMENDING PLEADING AND ADDDING PARTIES TO

BE EXTENDED TO JUNE 23,2011

*/s/ James P Queen Jr.*
SIGNATURE
James P Queen Jr.
Pmb 189 1022
1022 Nevada hwy
Boulder city, NV 89005
(702)589-1351
Dated 5-26-2011

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON THIS 20 DAY OF MAY, 2011, I CAUSED TO BE SERVED A TRUE AND CORRECT COPY OF THE ABOVE AND FOREGOING **MOTION FOR EXDTENSION OF TIME** VIA THE UNITED STATES MAIL, POSTAGE PREPAID, PROPERLY ADDRESSED TO THE FOLLOWING:

Dustin L. Clark Bar No. 10548

**JACKSON LEWIS LLP**

3960 Howard Hughes Parkway

Suite 450

Las Vegas, Nevada 89169

Tel: (702) 921-2460

Fax (702) 921-2461

James P Queen Jr.

IT IS SO ORDERED.
Dated: May 27, 2011.

ROGER L. HUNT
U.S. DISTRICT JUDGE