James P Queen Jr
Pmb. 189. 1022 Nevada Hwy
Boulder City, Nev. 89005
702-589 1351
PLAINTIFF IN PROPER PERSON

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

James P Queen Jr.

    Plaintiff(s),

-vs-

Hard Rock Hotel And Casino

    Defendant(s).

CASE NO. 2:11-cv-00279-RLH-GWF

# MOTION

# MOTION FOR EXTENSION OF TIME

# ON DISPOSTIVE MOTIONS

DUE DATE FOR DISPOSITIVE MOTIONS DUE ON OCTOBER 21,2011. TO BE EXTENDED TO OCTOBER 31,2011. DUE TO DISCOVERY DISPUTE HEARING ON OCTOBER 18, 2011, PENDING OUTCOME OF DISCOVERY HEARING.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: October 25, 2011

SIGNATURE
James P Queen Jr.
Pmb 189 1022
1022 Nevada hwy
Boulder city, NV 89005
(702)589-1351
Dated 5-26-2011

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON THIS 16 DAY OF OCTOBER, 2011, I CAUSED TO BE SERVED A TRUE AND CORRECT COPY OF THE ABOVE AND FOREGOING **MOTION FOR EXDTENSION OF TIME** VIA THE UNITED STATES MAIL, POSTAGE PREPAID, PROPERLY ADDRESSED TO THE FOLLOWING:

Jeff Winchester

JACKSON LEWIS LLP

3800 Howard Hughes Parkway

Suite 600

Las Vegas, Nevada 89169

Tel: (702) 921-2460

Fax (702) 921-2461

_____
James P Queen Jr.